UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60771-CV-COHN/Snow

MRI SCAN CENTER, INC.,
on behalf of itself and
all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Peter J. Valeta's Motion to Appear *Pro Hac Vice* on behalf of defendant Allstate Insurance Company (DE 9). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Peter Valeta, Esquire, is hereby permitted to enter a limited appearance for purposes of representing defendant **Allstate Insurance Company** in this cause; Robin Corwin Campbell, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 21st day of June, 2007.

                                        */s/ Lurana S. Snow*
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:
Eric Lee, Esq. (P)
Robin Corwin Campbell, Esq. (D and Local Counsel for Valeta)
Peter Valeta, Esq. (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator