UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60771-CV-COHN/Snow

MRI SCAN CENTER, INC.,
on behalf of itself and
all others similarly situated,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.
_____/

## **O R D E R**

THIS CAUSE is before the Court on counsel Lawrence Kopelman's Motion to Appear *Pro Hac Vice* (DE 12). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Lawrence Kopelman, Esquire, is hereby permitted to enter a limited appearance for purposes of representing plaintiff **MRI Scan Center, Inc.** in this cause; Eric Lee, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of July, 2007.

*/s/ Lurana S. Snow*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
Eric Lee, Esq. (P and Local Counsel for Kopelman)
Lawrence Kopelman, Esq. (P)
Robin Corwin Campbell, Esq. (D and Local Counsel for Valeta)
Peter Valeta, Esq. (D)

Ms. Catherine Wade (MIA)
  Executive Service Administrator